ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOANNE MARIAN SEGOVIA,<br><br>  Defendant. | CASE NO.<br><br>**CR 24-00459-EKL (SVK)**<br><br>VIOLATION:<br><br>Count One – Unlawful Importation of a Controlled Substance in violation of 21 U.S.C. § 952(a)(2) and § 960(a)(1)<br><br>SAN JOSE |

## I N F O R M A T I O N

The United States Attorney charges:

<u>COUNT ONE</u>: (21 U.S.C. § 952(a)(2) and § 960(a)(1)) – Unlawful Importation of Tapentadol, a Schedule II Controlled Substance

On or about March 20, 2023, in the Northern District of California and elsewhere, the defendant,

JOANNE MARIAN SEGOVIA,

brought or caused to be brought Tapentadol, a Schedule II controlled substance and a narcotic, into the United States from a place outside the United States, knowing that the substance was Tapentadol or some other prohibited drug, in violation of 21 U.S.C. § 952(a)(2) and § 960(a)(1).

//

//

INFORMATION                                              1

1
2  DATED: _____                              ISMAIL J. RAMSEY
                                              United States Attorney
3
4                                                     /s/
                                              JOSEPH TARTAKOVSKY
5                                             Assistant United States Attorney

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION                                   2