UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** January 21, 2025     **Time:** 10:39am-11:26am; 11:39-11:50am **Total Time:** 58 minutes     **Judge:** Laura Thomson

**Case No.:** 5:24-cr-00459-EKL     **Case Name:** *United States v. Joanne Marian Segovia* (P) (NC)

**Attorney for Plaintiff**: Joseph Tartakovsky

**Attorney for Defendant**: Adam Gasner

**Deputy Clerk:** Laura Thomson     **Court Reporter:** Raynee Mercado (by Zoom)

**Interpreter:** N/A     **Probation Officer**: Cindy Suntay

### PROCEEDINGS - SENTENCING

Defendant present and not in custody. Hearing held.

The Court sentenced Defendant as follows:

Defendant is sentenced to a term of Probation for 3 years as to Count __1___ of the __Information_____ (ECF No. _55_, filed 8/12/2024).

100 Hours of Community Service during the time period of Probation.

A special assessment fee of $_100____ is imposed. No Restitution. The Court imposes no fine.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

**Laura Thomson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**